SCPW-18-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DAVID BARTLEY LEAS, Petitioner,

vs.

THE HONORABLE GALE L.F. CHING, Judge of the Family Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

CRYSTAL WAITKUS LEAS, Respondent.

ORIGINAL PROCEEDING
(FC-D NO. 16-1-1014)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner David Bartley Leas's petition for writ of mandamus, filed on April 10, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the record presented and the current state of the family court proceedings, petitioner fails to demonstrate that he is entitled to an extraordinary writ to prevent irreparable and immediate harm from the family court's October 17, 2017 order denying the motion to disqualify counsel,

and petitioner has alternative means to seek relief.  See <u>Kema v.</u> <u>Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999); <u>Wong v.</u> <u>Fong</u>, 60 Haw. 601, 604, 593 P.2d 386, 389 (1979).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, April 24, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

